```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,          :

      -v-                                 :

                                               :            1:10-cr-457-GHW

GILBRILLA KAMARA,                   :

                Defendant.    :               ORDER

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On August 13, 2021, this case was reassigned to me following the untimely death of Judge William Pauley. There is no indication on the docket that Judge Pauley has responded to the defendant's December 18, 2018 motion pursuant to 18 U.S.C. § 3582(c), Dkt. No. 82, which appears to be fully briefed. In addition, on May 10, 2021, the defendant filed a separate motion for compassionate release. Dkt. No. 92. Before responding to the pending motions, the Court requests that the United States respond to the following requests.

      First, as noted, there is no indication on the docket that Judge Pauley acted on the defendant's December 18, 2018 motion. The Court has reviewed the parties' submissions on that motion and is prepared to address it. Before doing so, the Court requests confirmation that counsel for the United States is not aware of any action by Judge Pauley on the motion that does not appear on the docket. The Court requests that the United States file a letter in response to this request no later than August 20, 2021.

      Second, the Court directs that the United States respond to the defendant's May 10, 2021 *pro se* motion for compassionate release, Dkt. No. 92, no later than September 15, 2021.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not

be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to mail a copy of this order to the defendant.

    SO ORDERED.

Dated: August 18, 2021

_____<br>
GREGORY H. WOODS<br>
United States District Judge