```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                            :

UNITED STATES OF AMERICA,          :

                          -v-                          :

                                                                      :          1:10-cr-457-GHW

GILBRILLA KAMARA,                   :
              Defendant.       :          ORDER

-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On July 3, 2025, the defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c). Dkt. No. 122. The Court directs that the United States respond to that motion no later than August 1, 2025. In addition to responding to the motion, the Court requests that the United States provide the Court a description of the process, if any, that it would propose to ensure the defendant's immediate deportation to his home country in the event that the Court grants the motion.

SO ORDERED.

Dated: July 4, 2025

                                                                             _____
                                                                             GREGORY H. WOODS
                                                                             United States District Judge